. BROWN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department, March 17, 1911.) Action by Frank C. Brown against the Star Company. Clarence J. Shearn, for appellant. Brinton H. Miner, for respondent.

PER CURIAM. Order modified, by striking out the paragraphs thereof numbered 1, 2, and 4, upon the ground that the order seeks to compel defendant to give its evidence in support of its defenses, rather than to inform plaintiff of the nature of defendant's claim. The paragraph of the order numbered 3 is modified, by adding thereto the words, "or upon general conduct of the parties and admissions or declarations of plaintiff respecting the same." As so modified, the order is affirmed, without costs to either party as against the other.

BROWNELL, Respondent, v. BROWNELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Anna Brownell against George E. Brownell. No opinion. Motion denied, without costs. See, also, 127 N. Y. Supp. 1114.

BURLINGHAM et al., Respondents, v. GOVERN, Appellant. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Charles C. Burlingham and others, as trustees, etc., against Charles J. Govern. C. E. Thorn, for appellant. A. M. Levy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BURNS v. STERN. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Patrick Burns against Moses Stern. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

BURR, Respondent, v. LINDSAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Frank P. Burr against Frank Lindsay. No opinion. Judgment and order affirmed, with costs.

BURSTEIN v. McGONIGLE et al. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Appeal from Municipal Court of New York. Action by Assik Burstein against Daniel McGonigle individually and as city marshal of the city of New York, and another. From a judgment of the Municipal Court for defendants, and from an order denying a new trial, plaintiff appeals. Affirmed. Adolph .Benevy, for appellant. Barnett E. Kopelman, for respondents.

HIRSCHBERG, J. The appeal in this case was submitted without argument. There is a return, not indorsed as provided for by section 317 of the Municipal Court act of New York City. Laws 1902, c. 580. Nor does it contain "all the proceedings, including the evidence and the judgment," as also provided for by such section. It is stated in the return that "all the proceedings had, evidence given, and exhibits and papers used on said trial are annexed hereto and made part of this return." But no papers are annexed to the return. There is, however, with the return a "record" and a mass of detached papers. some 15 in number. The situation presented is, therefore, quite similar to that which was condemned by this court in Skinner v. Allison, 124 App. Div. 541, 108 N. Y. Supp. 970, and, following the decision in that case, the appeal herein must be dismissed. Judgment and order of the Municipal Court affirmed, with costs.

HIRSCHBERG, J., reads for dismissal of appeal, with whom RICH, J., concurs.

BURSTEIN, Appellant, v. McGONIGLE et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Assik Burstein against Daniel McGonigle and another. No opinion. Motion denied, with $10 costs. See, also, supra.

BUTCHER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Jacob S. Butcher against the City of New York. No opinion. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the questions in issue should have been submitted to the jury.

BYERS, Respondent, v. CADY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Helen Byers, an infant, etc., against Frank W. Cady.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., dissent, and vote for reversal.

CAHILL v. TORREY et al. (Supreme Court, Appellate Term. April 8, 1911.) Appeal from City Court of New York, Trial Term. Action by Santiago P. Cahill, as receiver of The Why Dairy Lunch Company, in proceedings supplementary to execution against Charles H. Torrey and Howard M. Davis, interpleaded by the Consolidated Gas Company of New York. Plaintiff appeals. Modified and affirmed. See, also, 121 N. Y. Supp. 598. Alva Collins, for appellant. Harry Cook (Nathan April, of counsel), for respondents.

PER CURIAM. There is no competent evidence to show that the defendants have paid the gas bills for the premises occupied by the corporation at 3 East Fourteenth street and at 391 Broadway. The defendants have apparently not made any claim, either in their answer or at the trial, that they are entitled to any rebate for gas used at these premises. The findings that the defendants are entitled to these rebates, amounting to $128.74, must therefore